964

No. 597.  HOFFMAN, U. S. DISTRICT JUDGE, *v.* BLASKI ET AL.  Certiorari, 359 U. S. 904, to the United States Court of Appeals for the Seventh Circuit.  The motion to require certification of an additional part of the record is denied.  *Charles J. Merriam and Samuel B. Smith* for petitioner-movant.

No. 652, Misc.  HOUSE *v.* MAYO, STATE PRISON CUSTODIAN.  Motion for leave to file petition for writ of habeas corpus and for other relief denied.  Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 517, Misc.  POWELL *v.* OHIO.  The motion for leave to file petition for writ of certiorari is denied.  Treating the motion as a petition for writ of certiorari to the Supreme Court of Ohio, certiorari is denied without prejudice to an application for a writ of habeas corpus in the appropriate United States District Court.  MR. JUSTICE STEWART took no part in the consideration or decision of this motion.  Petitioner *pro se.  C. Watson Hover* for respondent.

No. 746.  MITCHELL, SECRETARY OF LABOR, *v.* ROBERT DEMARIO JEWELRY, INC., ET AL.  C. A. 5th Cir.  Certiorari granted.  *Solicitor General Rankin, Stuart Rothman, Bessie Margolin* and *Jacob I. Karro* for petitioner.

No. 512, Misc.  DAVIS *v.* VIRGINIAN RAILWAY Co.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Appeals of Virginia granted.  *R. Arthur Jett* for petitioner. *W. R. C. Cocke* for respondent.